JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DILTON AMERICO MERLOS PORTILLO,<br><br>Plaintiff,<br><br>v.<br><br>ACTING OR CURRENT WARDEN OR FACILITY ADMINISTRATOR et al.,<br><br>Defendants. | Case No. 5:26-cv-04348-SB-MAR<br><br>FINAL JUDGMENT |

For the reasons stated in the separate order conditionally granting the habeas petition, the government is enjoined from continuing to detain Petitioner Dilton Americo Merlos Portillo (A# 077-973-675) unless he is provided with an individualized bond hearing no later than September 9, 2026, unless the immigration judge grants a continuance at Petitioner's request.

This is a final judgment.

Date: September 2, 2026

Stanley Blumenfeld, Jr.
United States District Judge